# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 23-MJ- 654 |
| **JOHNNIE M. WILLIAMS,** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 24, 2023, in the County of Monroe, in the Western District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm/ammunition |

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

Justin Schaefer, Special Agent
Bureau of Alcohol. Tobacco, Firearms & Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: October 25, 2023

MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

City and State: Rochester, New York