IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHNNIE M. WILLIAMS,

Defendant.

23-MJ- 654

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, JUSTIN SCHAEFER, affirm to the following facts:**

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter ATF), and am assigned to the Rochester, New York Field Office. I have been employed by the ATF since January of 2014. I was previously a Special Agent for the Coast Guard Investigative Service from May of 2005 thru December of 2009. I have attended formal training in the United States Coast Guard in Jacksonville, Florida, and the Federal Law Enforcement Training Center in Glynco, Georgia. In 2006, I attended an 80 hour Drug Enforcement Administration (DEA) Basic Narcotics Investigator Course in Charleston, South Carolina. While employed as a Special Agent for ATF I have attended training at the ATF National Academy in Glynco, Georgia, Digital Forensics Training from the Digital Investigations Branch of ATF hosted in Kansas City, Missouri, and Interstate Nexus Training from the Firearms and Ammunition Technology Division hosted in Seattle, Washington. My current assignment involves the investigation of firearms, explosives, and arson offenses, including violations of Title 18, United States Code 922(g)(1).

2. This affidavit is submitted in support of a criminal complaint charging Johnnie WILLIAMS, hereafter referred to as WILLIAMS, with a violation of Title 18, United States Code Section 922(g)(1) - (felon in possession of a firearm). The assertions made herein are based solely upon the personal knowledge of your affiant and information I have received from this investigation, including a review of reports and discussions with other law enforcement officers involved with this investigation.

3. On October 24, 2023, members of the United States Marshals Service Fugitive Task Force (USMSFTF), Rochester Police Department (RPD), and New York State Police (NYSP) were attempting to locate Taivon Phipps due to Phipps having an outstanding arrest warrant stemming from an incident that occurred on September 1, 2023. Due to that incident Phipps had been charged with Assault, 2nd degree, and Criminal Possession of a Weapon, 2nd degree.

4. The USMSFTF were monitoring several social media accounts for Phipps and observed two live videos with Phipps and WILLIAMS in possession of firearms at an unknown location. The USMSFTF set up surveillance in the area of Clifford Avenue and North Street, Rochester, NY attempting to locate Phipps. While surveilling the area members of the USMSFTF observed WILLIAMS, Phipps, and an additional male leave 1010 Clifford Avenue, Rochester, NY 14621 and walk across the street to a gas station located at 917 North Street, Rochester, NY 14621.

5. At approximately 4:38 pm, members of the USMSFTF entered the location and ordered everyone onto the ground. Due to the live videos observed earlier in the day officers

detained and pat frisked all of the males observed leaving 1010 Clifford Avenue, Rochester, NY. WILLIAMS was detained by Officer Mortillaro. While being pat frisked WILLIAMS was found to be in possession of a black Springfield Armory, model XD-45, 45 ACP caliber pistol bearing serial number US772663 on his person. The firearm was loaded with a magazine containing 13 rounds of ammunition, but no round in the chamber. Ten baggies of suspected crack cocaine were also discovered on WILLIAMS' person.

6. WILLIAMS was arrested and transported to the Rochester Police Department Public Safety Building located at 185 Exchange Blvd, Rochester, NY 14614 where WILLIAMS was interviewed. WILLIAMS invoked his Right's Advice and declined to speak with officers. New York State Parole was contacted due to WILLIAMS being on parole and was wearing an ankle bracelet at the time of his arrest.

7. A criminal history query for WILLIAMS revealed he has the following felony conviction:

   a) On May 30, 2018, WILLIAMS was convicted of Robbery, Second Degree, Motor Vehicle in violation of New York Penal Law section 160.10(3), a class C felony, in Monroe County Court, Rochester, New York. WILLIAMS was sentenced up to five years imprisonment with five years of supervised release.

8. On October 24, 2023, your affiant, who is an ATF Firearms Interstate Nexus Expert, reviewed the information contained in the Rochester Police Department Incident Report 2023 – 00251633. The Springfield Armory firearm was not manufactured in the State of New

York. Therefore, for the firearm to be found in Rochester, New York, the firearms would have crossed state lines.

9. Based on the above information, I submit there is probable cause to believe that on October 24, 2023, in the City of Rochester, County of Monroe, New York, Western District of New York, WILLIAMS was in violation of Title 18, U.S.C. Section 922(g)(1) – (felon in possession of a firearm).

*JUSTIN SCHAEFER*
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:
October  25 , 2023.

HONORABLE MARIAN W. PAYSON
United States Magistrate Judge

4