IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHNNIE M. WILLIAMS,

              Defendant.

**INFORMATION**
**(Felony)**

**Violation:**
18 U.S.C. § 922(g)(1)

(1 Count and 1 Forfeiture Allegation)

## COUNT 1

**(Felon in Possession of a Firearm)**

**The United States Attorney Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant, **JOHNNIE M. WILLIAMS**, knowing that he had previously been convicted on or about May 30, 2018, in County Court, Monroe County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely, one (1) 45 Auto Caliber, Springfield Armory XD-45 ACP semiautomatic pistol, bearing serial number US772663.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Information, the defendant, **JOHNNIE M. WILLIAMS**, shall forfeit to the United States, all of his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession

or under the immediate control of the defendant at the time of arrest including, but not limited to the following, seized by law enforcement:

    a.    One (1) 45 Auto Caliber, Springfield Armory XD-45 ACP semiautomatic pistol, bearing serial number US772663, with magazine; and

    b.    Thirteen (13) rounds of .45 auto caliber ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, March 12, 2024.

BY:

TRINI E. ROSS
United States Attorney

BRANDON N. GONZALEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3934
Brandon.Gonzalez@usdoj.gov